UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                               :

LOLLYTOGS, LTD.,                                  :

                      Plaintiff,                     :

                                               :          24-CV-07682 (JAV)

           -v-                                     :

                                               :              <u>ORDER</u>

MEADOW OAKS EDUCATION FOUNDATION, d/b/a :
PIONEER TECHNOLOGY & ARTS ACADEMY and    :
NATALIE C. NIXON,                                :

                      Defendants.                 :
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      Pursuant to the Court's Order dated **January 21, 2025**, ECF No. 17, the parties were required to file on ECF a joint letter, as well as a proposed Civil Case Management Plan and Scheduling Order attached as an exhibit to the joint letter, the contents of which are described therein, by **February 12, 2025**. To date, the parties have not filed on ECF a joint letter, as well as a proposed Civil Case Management Plan and Scheduling Order attached as an exhibit to the joint letter. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **February 14, 2025**.

      SO ORDERED.

Dated: February 13, 2025
       New York, New York                             _____
                                                          JEANNETTE A. VARGAS
                                                          United States District Judge