UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOLLYTOGS, LTD.,

                    Plaintiff,

-v-

MEADOW OAKS EDUCATION FOUNDATION, et al.,

                    Defendants.

CIVIL ACTION NO.: 24 Civ. 7682 (JAV) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held on February 26, 2025, a conference with Defendants only to discuss settlement is scheduled for **Thursday, March 20, 2025 at 11:00 a.m. ET** by videoconference hosted by the Court on the Microsoft Teams platform. The Court will provide Defendants' counsel the link to the videoconference by email, which he shall then deliver to any representative(s) of his clients who will attend the conference. The Court will contact Plaintiff's counsel to schedule a separate conference with Plaintiff after the conference with Defendants.

On or before **March 13, 2025**, each party may provide to the Court written submissions of not more than four (4) pages marked "Confidential Materials For Use Only At Settlement Conference," setting forth concisely the following: (1) a discussion of the relevant facts and applicable law, with an emphasis on the issues more pertinent to settlement, including a discussion of liability and damages in the event liability were established; (2) if non-monetary relief—including a general or specific release of claims—is sought in addition to or instead of money damages, each party must set forth its position as to the provision of such relief; (3) the

existence and amount of any lien(s) that may attach to the settlement proceeds; (4) the history of settlement discussions, including any prior offers or demands.[1] These submissions must be emailed <u>both</u> to Chambers at Cave_NYSDChambers@nysd.uscourts.gov <u>and</u> to opposing counsel in a single email; the submissions should <u>not</u> be submitted via the ECF system. Counsel must ensure that their client(s) and insurer(s), if any, have read the other side's submission.

Counsel are directed to review the Standing Order Applicable to Settlement Conferences Before Magistrate Judge Cave, which can be accessed on the Court's website at www.nysd.uscourts.gov/hon-sarah-l-cave.

Dated:    New York, New York
          February 27, 2025

SO ORDERED.

*Sarah L. Cave*
SARAH L. CAVE
United States Magistrate Judge

---

[1] The Court notes that it is normally unhelpful for a party to state in this letter its final settlement position.