UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOLLYTOGS, LTD.,

          Plaintiff,

-v-

MEADOW OAKS EDUCATION FOUNDATION, et al.,

          Defendants.

CIVIL ACTION NO. 24 Civ. 7682 (JAV) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court held a telephone conference today, May 8, 2025 (see ECF No. 26), at which no party appeared. On or before **May 15, 2025**, the parties shall file a joint letter setting forth (i) the status of their settlement discussions and (ii) whether they request another settlement conference.

All deadlines in the case management plan remain in effect. (See ECF No. 21).

Dated:    New York, New York
           May 8, 2025

                        SO ORDERED.

                        _____
                        SARAH L. CAVE
                        United States Magistrate Judge