**MATALON Esquires PC**
**1602 Lawrence Avenue**
**Ocean, New Jersey 07712**
**(212) 244-9000**

VIA ECF

Hon. Jeannette A. Vargas, U.S.D.J.
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

    Re: <u>Lollytogs, Ltd. v. Meadow Oaks Education Foundation, et ano.</u>,
     24 Civ. 7682 (JGV)

Dear Judge Vargas:

  The parties have met and conferred regarding a discovery dispute and have reached a compromise that we respectfully request the Court endorse. I am writing jointly on behalf of both sides.

  In particular, plaintiff sought to schedule the deposition of Sonya Gracy, an employee of the corporate defendant. Although plaintiff did not previously request her deposition, plaintiff's position is that the need for the examination became apparent from defendants' August 15 document production, which disclosed internal emails regarding Ms. Gracy's personal involvement in the dispute. Defendants responded that this Court's recent order limited the defense depositions to defendant Natalie Nixon and the corporate defendant's Rule 30(b)(6) witness, Shubham Pandey, and moreover, those two witnesses could answer anything Ms. Gracy could be asked.

  The compromise we reached is that Ms. Gracy's deposition would not be taken now, but that if plaintiff offered an affidavit from Ms. Gracy in connection with a summary judgment motion by any party, or sought to call her as a witness at trial, plaintiff would be offered a reasonable opportunity to take her deposition at that time.

  In our opinion, this is a reasonable compromise that avoids burdening the Court with another discovery dispute. The parties therefore respectfully and jointly request that the Court "So Order" this resolution.

          Respectfully,

          *Joseph Lee Matalon*

          Joseph Lee Matalon

SO ORDERED:

*Jeannette Vargas*
_____
The Honorable Jeannette A. Vargas
United States District Judge
Dated: August 20, 2025

cc: James McCarney (via ECF)