**MATALON Esquires PC**
**1602 Lawrence Avenue**
**Ocean, New Jersey 07712**
**(212) 244-9000**
**JLM@trial-lawyer.org**

September 8, 2024

<u>VIA ECF</u>

Hon. Jeannette A. Vargas, U.S.D.J.
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

      Re: <u>Lollytogs, Ltd. v. Meadow Oaks Education Foundation, et ano.</u>,
         24 Civ. 7682 (JGV)

Dear Judge Vargas:

      I write jointly to report that the parties have resolved the dispute that was the subject of my September 4 letter-motion. However, the resolution calls for the Court to adjust the scheduling order, and the parties join in respectfully asking the Court to enter an order accordingly.

      Specifically, the parties disputed the location and means of the depositions, and on September 4 plaintiff moved by letter for an order resolving the dispute (Dkt. 40). After further good-faith discussions among counsel, defendants have now agreed to appear in New York for their depositions on November 7 (Mr. Pandey) and November 9 (Ms. Nixon). Mr. Pandey is the Superintendent of a multi-campus charter school system in various Western states, and Ms. Nixon is heavily involved (and assertedly overworked!) on a variety of topics and issues involving the schools. They have represented that it would be a hardship and burden on the schools to travel to New York for the depositions until early November, and plaintiff accepts that representation.

      In addition, if the Court adjusts the schedule as requested, defendants have asked that, since plaintiff would be afforded additional time to prepare for the depositions, they be given the same opportunity. Defendants have proposed that Ms. Bailey be deposed on November 10, 2025. Plaintiff has no objection to that request, in light of defendants' cooperation in resolving the present dispute. In addition, I have since learned that Ms. Bailey works remotely out of North Carolina. Nonetheless, given that I have asked that defendants appear in New York to be deposed, plaintiff would be hard-pressed in refusing to bring Ms. Bailey to New York for her deposition, and has agreed that she too will be deposed in New York.

Accordingly, the parties jointly request that the Court order: that all depositions proceed in person in the Southern District of New York; that Mr. Pandey be deposed on November 7; Ms. Nixon on November 9; and Ms. Bailey on November 10, 2025.

Respectfully,

*Joseph Lee Matalon*

Joseph Lee Matalon

cc: James McCarney (via ECF)

The parties' request for an extension of the fact discovery deadline is GRANTED. Fact discovery is extended to November 10, 2025, for the limited purpose of conducting depositions in person in the Southern District of New York. Shubham Pandey shall be deposed on November 7, 2025. Natalie Nixon shall be deposed on November 9, 2025. Michelle Bailey shall be deposed on November 10, 2025. The Clerk of Court is respectfully directed to terminate ECF Nos. 40 and 41.

SO ORDERED.
Dated: September 10, 2025

_____
JEANNETTE A. VARGAS
UNITED STATES DISTRICT JUDGE