UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOLLYTOGS, LTD.,

                Plaintiff,

    -v-

                CIVIL ACTION NO. 24 Civ. 7682 (JAV) (SLC)

MEADOW OAKS EDUCATION FOUNDATION, et al.,

                **ORDER**

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

The settlement conference scheduled to take place in-person on **March 4, 2026, at 10:00 a.m. ET** in Courtroom 18A, 500 Pearl Street, New York, New York (Dkt. No. 48 (the "Conference")) is **CONVERTED** to a videoconference. The Conference will take place by videoconference on the Court's Webex platform at the scheduled time. The parties shall email a revised Attendance Acknowledgment Form, annexed to this Order, to Chambers (Cave_NYSDChambers@nysd.uscourts.gov) and opposing counsel by the **end of the day today, February 27, 2026**.

All other directives in the Court's Order at Dkt. No. 48 shall remain in effect.

Dated:      New York, New York
            February 27, 2026

                SO ORDERED.

                **SARAH L. CAVE**
                **United States Magistrate Judge**

**ATTENDANCE ACKNOWLEDGMENT FORM**

**CASE NAME:** _____

**DOCKET NUMBER**: _____

I represent the          ☐ Plaintiff          ☐ Defendant

☐ I acknowledge that I am attending a virtual Settlement Conference **through the Court's Webex platform** on **March 4, 2026, at 10:00 a.m. ET.**

Please provide the <u>name</u> and <u>email address</u> of any co-counsel who will attend the conference with you.

_____

_____

_____

☐ I acknowledge that my client, and any other relevant decisionmakers, will attend the settlement conference.

Please provide the <u>name</u>, <u>email address</u>, and <u>title</u>, if applicable, of the individuals who will attend:

_____

_____

_____

_____          _____
Signature                                                                    Date


_____
Name (print)