UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOLLYTOGS, LTD.,

Plaintiff,

-v-

MEADOW OAKS EDUCATION FOUNDATION, et al.,

Defendants.

CIVIL ACTION NO. 24 Civ. 7682 (JAV) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On March 13, 2026, the parties notified the Court that they finalized their settlement agreement. Accordingly, the telephone conference to discuss the status of the parties' settlement discussions scheduled for March 13, 2026 at 2:00 p.m. ET is **CANCELLED**.

Dated:    New York, New York
          March 13, 2026

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**