UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOLLYTOGS, LTD.,

Plaintiff,

-v-

MEADOW OAKS EDUCATION FOUNDATION, et al.,

Defendants.

CIVIL ACTION NO. 24 Civ. 7682 (JAV) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On March 31, 2026, the parties notified the Court that they reached a resolution on their remaining issues concerning their settlement agreement (the "Agreement").  Accordingly, the telephone conference to discuss the Agreement scheduled for **April 6, 2026 at 3:00 p.m. ET**, (see Dkt. No. 59), is **CANCELLED**.  Further, the deadline of **April 2, 2026** for the parties to email Chambers what they contend is the operative Agreement is **VACATED**.

Dated:      New York, New York
            March 31, 2026

SO ORDERED.

SARAH L. CAVE
**United States Magistrate Judge**